DANIEL G. BOGDEN
United States Attorney
District of Nevada

RIMANTAS A. RUKSTELE
Assistant United States Attorney
Nevada Bar No. 2088
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702)388-6237
Facsimile: (702)388-6787
Email: Ray.Rukstele@usdoj.gov

Attorneys for Federal Defendants.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THERESA RADER, | CASE NO: 2:10-cv-02078-GMN-GWF |
| Plaintiff, | |
| v. | **MOTION TO SEAL DOCUMENT 14 AND DOCUMENT 15** |
| U.S. SECRET SERVICE, | |
| Defendants. | |

    COMES NOW the U.S. Secret Service, by and through Daniel G. Bogden, United States Attorney, and Rimantas A. Rukstele, Assistant United States Attorney for the District of Nevada, and urges the instant Motion to Seal Document 14 and Document 15 be granted.

    In support of the instant Motion, the Federal Defendant submits the following:

    Document 14 and Document 15 are a Settlement Agreement and a District Court Order approving the Settlement Agreement for the above captioned case. Both documents contain Plaintiff's bank information not subject to public knowledge. To protect against release of such

private information, the Federal Defendant urges the instant Motion to Seal Document 14 and Document 15 be granted.

DATED this 21st day of March 2011.

>Respectfully submitted,
>
>DANIEL G. BOGDEN
>United States Attorney
>
>*/s/ Ray Rukstele*
>RIMANTAS A. RUKSTELE
>Assistant United States Attorney

**IT IS SO ORDERED** this 22nd day of March, 2011.

_____
Gloria M. Navarro
United States District Judge